4:23-cv-00697-JM

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT ARKANSAS*
*JUL 27 2023*
*By: TAMMY H. DOWNS, CLERK*
*DEP CLERK*

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

*This case assigned to District Judge Moody*
*and to Magistrate Judge Volpe*

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ☑

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

   ☐ Court (if federal court, name the district; if state court, name the county):

    _____

   ☐ Docket Number: _____

   ☐ Name of judge to whom case was assigned: _____

   ☐ Disposition: (for example: Was the case dismissed? Was it appealed?
    Is it still pending?) _____

   ☐ Approximate date of filing lawsuit: _____

   ☐ Approximate date of disposition: _____

IV. Place of present confinement: **PCRDF 3201 W. Roosevelt LR AR 72024**

V. At the time of the alleged incident(s), were you:
 (check appropriate blank)

  _____ in jail and still awaiting trial on pending criminal charges

  _____ serving a sentence as a result of a judgment of conviction

  _____ in jail for other reasons (e.g., alleged probation violation, etc.)
   explain: _____
   _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

  A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

   Yes _____ No __✓__

  B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _____ No ✓

If not, why? This is my grevience procedure

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about Feb 17, 2023 around 9:30 p.m employees of Buddy York and Bens Bailsbond men companies performed a raid at my mothers home located at 23215 Hwy 300 Roland Ar 72135

During the encounter the Persons conducting the raid used cruel and excessive force to the point, I feared for my Life!

Eventhough I was compliant and had been subdued by shackles, I was repeatedly punched in my face, threatened with a firearm, and tazed in the back of my head.

As a result of these events I suffer headaches, blurred sight and mental anguish.

I strongly feel that all parties responsible shall be held liable for their part of these acts and deliberate indifference used towards me.

-7-

① 

April 20, 2023

These are the events on or about 9:30 p.m Febuary 17, 2023. I was at my mothers home 23215 hwy 300 Roland Ar 72135.

I was in the bedroom located at the north end of the house, when I heard a loud bang on the north wall of the bedroom. I looked down the hall and saw two armed black men entering the house, through the South doorway into the Living Area. At this time I feared for my Life. They did not announce who they were. I ran toward them and exited the house through the west doorway into the garage. Upon Entering the garage there was a black female with what looked to me as pistol, she then announced who she was and to get on the ground.

Realizing she was a bondsman, I did as I was told and as I was doing this, I was inmediatley rushed from behind by

②

the two men who were in the house. Only at this time was I made aware they were Bondsman. I was lying on the ground with my left arm underneath my body, across my chest. I was then shackled, my shoes were cut off me, while still laying on the ground and shackled, I was shot with a tazer in my back and tased, at the same time Mikey Boldin from Buddy York Bails Bonds, started tasing me in the back of my head, inside my right ear and the base of my skull, while he hit me several times in my face.

A fourth bondsman who I believe to be Damien (who said he was from Memphis) to be his name, put a pistol to my head and told me he would kill me multiple times. Yelling for me to quit resisting. The whole time my feet were shackled, My right hand was behind my back. At no time was I resisting. My Left arm still under my body, and three men on me.

③

These 3 men being Mikey Boldin of Buddy York Bail Bonds, Damien (The man from Memphis) and a unidentified black male with dreadlocks. I believe these two men to work for Bens BailBonds.

I told them repeatedly that I was not resisting, but Mikey Boldin kept punching, Damien had his gun to my head, and cointinued making threats to kill me. This went on for what seemed like 10 minutes, fearing for my life and safety. The fear of my Life was that Damien was going to shoot me because I couldn't put my lefthand behind my back. The female bondsman Felisha Daniels had to intervene, only then was I able to put my arm behind my back.

Once I was stood up, my feet were shackled so tightly, I could not take a single step. I told them repeatedly I couldn't walk. Damien then hip tossed me to the ground handcuffed and

④

shackled.

  Mikey Boldin and the unidentified male picked me up and carried me to Felisha Daniels car. I was placed in the back of her car. Mikey Boldin and the other unidentited man sat on both sides of me. Mikey Boldin then informed this was all recorded on body camera. I was then transported to Pulaski County Jail located at 3201 W. Roosvelt Rd Little Rock Ar 72204

  During the intake process, I was put in a ex-ray machine. were metal was detected or seen in my back. It was found to be a taser prong that broke off in my back.

  Medical staff was then notifed of the situation. The Medical staff, deputies, and Bondsman discussed the matter and I was told to hold onto the table, while a female medical personnel staff member made several failed attempts to pull the taser prong out of

⑤

my back. Her final attempt was successful. I then told medical staff about the several blows to my face, and about being tased several times in the back of my head. I was given aspin and my injuries were documented.

Since this incident, My vision has been getting worse, I have frequent headaches, my left shoulder is not as it was before this incident. I have put several medical - sick calls in and am yet to be seen. I have trouble concentrating and difficulties with my memory and spelling issues that I never had previous to this incident.

I feel as if it would have not been for Ms. Daniels stepping in, The brutality with which I was handled may have went on much longer and would have only worsened, or possiable lost my Life. I swear all this to be correct and true.

(6)

Signed this day
April 20, 2023

I am currently housed at Pulaski County Jail, 3201 W Roosevelt Rd Little Rock Ar 72204 Subject to change to the Arkansas department of corrections any day.

Jason E Harding

NOTARY'S DECLARATION

STATE OF ARKANSAS
COUNTY OF PULASKI , SS

SWORN AND SUBSCRIBED BEFORE ME THIS 20th DAY OF July, 2023
MY COMMISSION EXPIRES: 10-2-31

Latoya Hillard
NOTARY PUBLIC

LATOYA HILLARD
MY COMMISSION # 12377351
EXPIRES: October 2, 2031
Pulaski County

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Relief in the amount of $300,000.00 Three hundred thousand dollars

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __7__ day of __July__, 20__23__.

_____
Signature(s) of plaintiff(s)

Jason Harding 88578
3201 W Roosevelt Rd
Little Rock Ar 72204



Tammy Downs
Federal Court Clerk
600 W. Capitol St. Suite A 149
Little Rock Ar 72201