IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON E. HARDING**                                                                             **PLAINTIFF**

V.                                   **CASE NO. 4:23-cv-697 JM**

**DOES, "Damien" Ben's Bail Bonds;**
**MIKEY BOLDIN, Bondsman, Buddy**
**York Bail Bonds**                                                                      **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 11th day of August, 2023.

                                                                                        UNITED STATES DISTRICT JUDGE